UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk

In re

MAIZE GRIFFIN

Case No. 09-74702

Chapter 7

Debtors

## REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. §347, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of the Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The unclaimed funds represent the dividend(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| Maize Griffin<br>P. O. Box 1254<br>Portsmouth, VA  23705-1254 | $9,282.40 |

Dated: April 22, 2021

/s/ Tom C. Smith, Trustee
Tom C. Smith, Trustee, Trustee
P.O. Box 1506
Virginia Beach, VA  23454
(757) 428-3481

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Report of Deposit of Unclaimed Funds was electronically served or mailed to Office of the U.S. Trustee, on April 22, 2021.

/s/ Tom C. Smith, Trustee