# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# NORFOLK DIVISION

**In re: MAIZE GRIFFIN**          Case Number: 09-74702-FJS
                                                   Chapter 7

**Debtor.**

## MOTION FOR RETURN OF UNCLAIMED FUNDS

**NOW COMES** Patricia Fetterly, Administrator for the Estate of Maize Griffin and requests this Court enter an Order authorizing the return of unclaimed funds held by the United States Bankruptcy Court, Eastern District of Virginia, Norfolk Division, and in support thereof states as follows:

1. On or about November 9, 2009, Maize Griffin (the "Debtor") filed for relief under Chapter 7 of Title 11 of the United States Code.

2. Tom C. Smith, Jr. ("Trustee") was the duly appointed Chapter 7 Trustee.

3. The Debtor received his Discharge on or about February 22, 2010, and the case was closed on or about March 1, 2010 after the Trustee filed a Report of No Distribution.

4. The case was reopened on or about October 23, 2020, due to the recovery of certain funds in the amount of $9,282.40 (the "Funds").

5. The Trustee then requested the Court issue a *Notice of Need to file Proof of Claims*, and Notice was given on or about October 25, 2020.

*James L. Pedigo, Jr. (VSB#30796)*
*Winchester Pedigo & Power, PLC*
*500 East Plume Street, Suite 801*
*Norfolk, Virginia 23510*
*E-Mail: Pedigo@HarbourLaw.us*
*757-622-1621*
*Counsel for Debtor(s)*

6. That no proofs of claims, or insufficient claims, were filed and no distribution to creditors was made by the Trustee.

7. The Trustee then issued a check payable to the Debtor. The check was mailed to Debtor's counsel.

8. Counsel for the Debtor, after making good faith attempts, could not locate the Debtor and returned the funds to the Trustee.

9. The Trustee deposited the unclaimed funds with the Court on or about April 26, 2021.

10. That it has been discovered the Debtor is deceased having passed away on or about June 8, 2015. See **Exhibit A**.

11. That on or about July 29, 2015, the Debtor's daughter, Patricia Fetterly ("Administrator") was appointed Administrator of the Debtor's Estate by the Clerk of the Circuit Court for the City of Portsmouth, Commonwealth of Virginia. See **Exhibit B**.

12. It being the Administrator's duty to recover assets for the deceased Debtor's intestate estate, the Administrator is requesting the return of Unclaimed Funds so such funds may be distributed to the Debtor's heirs.

13. The Administrator believes there are no other parties entitled to the funds.

**WHEREFORE**, Patricia Fetterly, Administrator, respectfully requests the entry of an Order authorizing the return of Unclaimed Funds in the amount of $9,282.40 pursuant to Rule 9013 of the Federal Rules of Bankruptcy

Procedure at §3011(3) of the Local Bankruptcy Rules of the Eastern District of Virginia.

Patricia Fetterly, Administrator<br>Of the Estate of Maize Griffin

Dated: July 15, 2021            By: *James L. Pedigo, Jr.*

### Certificate of Service

I certify that on the 15th day of July 2021, a true and correct copy of the foregoing Motion for Return of Unclaimed Fuds was sent via the electronic case filing system to Chapter 7 Trustee, the United States Trustee, those creditors who have registered on that system or otherwise requested notice of pleadings and via email to Patricia Fetterly, Administrator of the Estate of Maize Griffin at 5110 Keswick Court, Suffolk, VA 23435.

*James L. Pedigo, Jr.*<br>Of Counsel

3

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## NORFOLK DIVISION

In Re:

**In re: MAIZE GRIFFIN**　　　　　　　　　　　　Case Number: 09-74702-FJS
　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 7
　　　　Debtor.

<u>NOTICE OF MOTION  FOR RETURN OF UNCLAIMED FUNDS</u>; Patricia Fetterly, Administrator for the Estate of Maize Griffin, the Debtor, by counsel, James L. Pedigo, Jr., have filed papers with the Court; your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one).

Under Local Bankruptcy Rule 9013-1, unless a written response to this motion and supporting memorandum are filed with the Clerk of Court and served on the moving party within **twenty-one (21) days** of the mailing of this notice objecting to the relief requested, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.

If you do not want the Court to grant this request, or if you want the Court to consider your views on the Motion, then you or your attorney must file with the Court your response and objection and request a hearing to the address listed below

　　　　　　　　　　　　U.S. Bankruptcy Court
　　　　　　　　　　　　Norfolk Division
　　　　　　　　　　　　600 Granby Street
　　　　　　　　　　　　Norfolk, VA 23510

If you mail your request to the court for filing, you must also mail a copy to:

　　　　　　　　　　　　James L. Pedigo, Jr.
　　　　　　　　　　　　Winchester Pedigo & Power PLC
　　　　　　　　　　　　500 East Plume Street, Suite 801
　　　　　　　　　　　　Norfolk, VA  23510


James L. Pedigo, Jr. (VSB#30796)
Winchester Pedigo & Power PLC
500 East Plume Street, Suite 801
Norfolk, Virginia 23510
E-Mail: Pedigo@HarbourLaw.us
757-622-1621
*Counsel for Debtor(s)*

Dated: July 15, 2021  /s/ James L. Pedigo, Jr.
Of Counsel

## CERTIFICATE OF SERVICE

I do hereby certify that on this 15th day of July, 2021, I sent via the electronic case filing system or via first class mail, postage prepaid, a copy of the foregoing Motion for Return of Unclaimed Funds to:

Patricia Fetterly
Administrator, Estate of Maize Griffin
5110 Keswick Court
Suffolk, VA  23435

Office of the U.S. Trustee
200 Granby Mall, Federal Bldg., Room 625
Norfolk, Virginia 23510

Tom C. Smith, Jr.
Chapter 7 Trustee
PO Box 1506
Virginia Beach, VA 23451

and to those creditors who have registered on the electronic case filing system or otherwise requested notice of pleadings.

/s/ James L. Pedigio, Jr.
Of Counsel

2

# COMMONWEALTH OF VIRGINIA
## DEPARTMENT OF HEALTH – DIVISION OF VITAL RECORDS

**0390161**

### COMMONWEALTH OF VIRGINIA - CERTIFICATE OF DEATH
DEPARTMENT OF HEALTH - DIVISION OF VITAL RECORDS - RICHMOND

- Registration Area Number: 220
- Full Name of Decedent: MAIZE GRIFFIN
- Sex: MALE
- Date of Death: JUNE 8, 2015 (FOUND)
- Date of Birth: DECEMBER 11, 1930
- Age: 84
- Was Decedent Ever in U.S. Armed Forces: NO
- Birthplace: NORTH CAROLINA
- Street Address: 714 KING STREET APT #310
- City or Town of Residence: PORTSMOUTH
- Inside City: YES
- County of Residence: (blank)
- State: VIRGINIA
- Zip Code: 23704
- Race: BLACK OR AFRICAN AMERICAN
- Hispanic Origin: NON-HISPANIC
- Education: ELEMENTARY/SECONDARY (0-12)
- Citizen of: UNITED STATES OF AMERICA
- Usual Occupation: TILE SETTER
- Kind of Business/Industry: CIVIL SERVICE
- Marital Status: MARRIED
- Spouse: PATTIE A. GRIFFIN
- Father's Name: HOWARD GRIFFIN
- Mother's Maiden Name: ROSA NA
- Informant's Relationship: DAUGHTER
- Informant Name: PATRICIA G. FUTRELL
- Name of Hospital or Institution: NONE
- Place of Death: DECEDENT'S HOME
- City or Town of Death: PORTSMOUTH
- Street Address of Place of Death: 714 KING STREET
- Zip: 23704
- Method of Disposition: CREMATION
- Place of Disposition: BAKER, R. W. & CO. FUNERAL HOME, INC.
- Street Address: 509 W. WASHINGTON STREET
- City/County: SUFFOLK
- State: VIRGINIA
- Zip: 23434
- Signature of Funeral Director: /S/ DEANDRA CROCKETT
- Director/Licensee's No: 0503500477
- Name of Funeral Home: CORFREW FUNERAL HOME
- Printed Name: DEANDRA CROCKETT
- Address: 1822 PORTSMOUTH BOULEVARD PORTSMOUTH VIRGINIA 23704
- Time of Death: 1201 (APPROXIMATE, FOUND)

**Cause of Death:**
- (a) Cardiac Arrest — Immediate
- (b) Cardiac Arrhythmias (Vent Tachycardia) — Minutes
- (c) Congestive Heart Failure — >5 yrs
- (d) Diabetes Mellitus — Years

- Was Medical Examiner Contacted: NO
- Autopsy: NO
- Were Findings Available to Complete Cause of Death: NO
- Did Tobacco Use Contribute to Death: PROBABLY
- If Female: (not applicable)
- Manner of Death: NATURAL
- Was Death Military: NO

- Signature of Person Completing Cause of Death: Laurie Salerno
- Title: ANP-BC
- Date Signed: 6/24/15
- Name: Laurie Salerno, MS ANP-BC
- Address: 3960 Turnpike Rd, Portsmouth, VA
- License No: 0024171474

- Signature of Registrar: Sarah Wright
- Printed Name of Registrar: Sarah Wright
- Date Received/Filed: JUN 25 2015

---

This is to certify that this is a true and correct reproduction or abstract of the official record filed with the Virginia Department Of Health, Richmond, Virginia.

DATE ISSUED: JUN 25 2015

Janet M. Rainey, State Registrar

Do not accept unless on security paper with the seal of Virginia Department of Health, Vital Statistics in the lower left hand corner. Section 32.1-272, Code of Virginia, as amended.   VS 15C

VOID (repeated watermark across document)


EXHIBIT A

**CERTIFICATE/LETTER OF QUALIFICATION**
COMMONWEALTH OF VIRGINIA
VA. CODE §§ 6.2-893, 6.2-1171, 6.2-1365, 6.2-1367, 64.2-2011, 64.2-506, 64.2-607

Court File No. <u>CWF150000605</u>

<u>Portsmouth</u> Circuit Court

I, the duly qualified clerk/deputy clerk of this Court, **CERTIFY** that on <u>July 29, 2015</u>
                                                                                                                                DATE

<u>Patricia  Fetterly</u>,
NAME(S) OF PERSON(S) QUALIFYING

duly qualified in this court, under applicable provisions of law, as **Administrator** of the estate of

<u>Maize  Griffin</u>
☒ DECEASED  ☐ MINOR  ☐ INCAPACITATED

The powers of the fiduciary(ies) named above continue in full force and effect.

<u>$1,000.00</u> bond has been posted.

Given under my hand and the seal of this Court on

<u>July 29, 2015</u>
DATE

                                                    <u>Cynthia P. Morrison</u>, Clerk

                                        by _____, Deputy Clerk

FORM CC-1625 MASTER 10/12





```
                    OFFICIAL RECEIPT
                PORTSMOUTH CIRCUIT COURT
                     1345 COURT ST.
                  PORTSMOUTH, VA  23704
                      757393-8671

                     WILLS/FIDUCIARY

DATE: 09/23/15 TIME: 12:35:12 ACCOUNT: 740CWF150000809    RECEIPT: 15000024279
CASHIER: YBD   REG: MP25  TYPE: AFN      PAYMENT:  FULL PAYMENT
INSTRUMENT   : 150000809  BOOK:       PAGE:        RECORDED: 09/23/15 AT 12:35
INDEXED: GRIFFIN, MAIZE; DECEASED                         LOC: CI
PRINCPL: GRIFFIN, MAIZE; DECEASED                         PCT: 100%

RECEIVED  OF : FETTERLY, PATRICIA
    CASH:          $20.00
DESCRIPTION 1: AFFIDAVIT OF NOTICE REGARDING ESTATE       PAGES:   0
            2:
                                              MAP:
                                              PIN:
037  WILLS AND ADMIN.            .00  216  CITY WILLS & ADMIN.       .00
302  WILLS & ADMIN.            14.50  145  VSLF                     1.50

                                           TENDERED   :           20.00
                                           AMOUNT PAID:           16.00
                                           CHANGE AMT :            4.00

               CLERK OF COURT: CYNTHIA P. MORRISON



                       PAYOR'S COPY
                 RECEIPT COPY  1  OF  3
```